UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:

HANJIN SHIPPING CO. LTD.,

    Plaintiff,

vs.

PLASTIC NATION, INC.,

    Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiff HANJIN SHIPPING CO. LTD. (HANJIN), by and through its undersigned attorneys, and for its Complaint against Defendant PLASTIC NATION, INC. alleges as follows:

1. This is a matter of admiralty and maritime jurisdiction under 28 U.S.C. § 1333 and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all times material hereto the Plaintiff is a common carrier by water subject to 46 U.S.C. § 1701 et seq., The Shipping Act.

3. At all times material hereto the Defendant PLASTIC NATION INC. has been present and doing business in the Southern District of Florida and is a Merchant as defined in the bills of lading attached hereto as composite exhibit 1 (hereinafter "the bills of lading").

4. The bills of lading constitute contracts of carriage, the terms of which govern the relationship between the Plaintiff and Defendant with respect to the containers identified therein.

5. In March 2009, Plaintiff delivered to Defendant nine (9) empty containers to be loaded with goods for shipment to China pursuant to the terms and conditions set forth Plaintiff's standard form bill of lading.

6. In March 2009, the Defendant carried the nine (9) containers, said to contain "plastic scrap", from the United States to China pursuant to the contracts of carriage attached hereto as exhibit 1. (See, Hanjin Shipping bills of lading attached hereto as Composite Exhibit 1).

7. To date, the Defendant has failed to return to the Plaintiff the nine containers identified in the bills of lading.

8. The allowed free time within which the Plaintiff is obligated to return the empty containers to the Defendant, as set forth in the Plaintiffs filed tariff incorporated by reference in the bills of lading, has expired.

9. The Defendant has failed and refused to pay the daily charges for the nine containers since the expiration of the allowed free time, and these detention charges that have accrued and continue to accrue as a result of the Defendant's failure to return the empty containers remains unpaid.

10. The Defendant has furthermore failed and refused to pay the depreciated value of the containers it has failed to return.

WHEREFORE, Plaintiff HANJIN SHIPPING CO. LTD. prays for Judgment against the Defendant PLASTIC NATION, INC. for monetary damages arising from the non payment of detention charges or in the alternative for the depreciated value of the containers, plus interest, costs, and expenses as provided by contract, statute tariff and/or rule.

Dated this _13th_ day of January, 2010.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Telephone: (305) 663-0177
Facsimile: (305) 663-0146

By:__//S// Jonathan S. Cooper_____
Jonathan S. Cooper, Esquire
Florida Bar No: 99376
Email: jcooper@shiplawusa.com
Attorney for Plaintiff HANJIN SHIPPING

7229/Complaint